DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NE 32ND STREET LLC,**
Appellant,

v.

**MARINE ENGINEERING & CONSTRUCTION, INC.,**
Appellee.

No. 4D21-401

[October 14, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case Nos. 50-2020-CC-002346-XXXX-SB and 50-2020-AP-000064-CAXX-MB.

Ricardo A. Reyes, Sacha A. Boegem, and Carrie S. Robinson of Tobin & Reyes, P.A., Boca Raton, for appellant.

Scott A. Weires of Murdoch Weires PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***